

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re James Arthur Meeks, III

No. 06-22-00033-CV

Original Mandamus Proceeding

Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we dismiss Relator's petition for writ of mandamus for lack of jurisdiction. Therefore, we dismiss the petition.

RENDERED MAY 18, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk